# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEENON J FARR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 3:18-cv-02040-JPG
---
Crim. No. 15-40055-04-JPG

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Keenan J. Farr has brought a motion to vacate his sentence pursuant to 28 U.S.C. § 2255 on ineffective assistance of counsel, due process, and defective indictment grounds. (ECF No. 2.) The Court previously ordered Farr to show cause why the Court should not dismiss this case, however, because (1) this appears to be a second or successive petition pursuant to 28 U.S.C. § 2255(h), and without authorization from the Seventh Circuit Court of Appeals, this Court has no jurisdiction to hear the petition at all, *Suggs v. United States*, 705 F.3d 279, 282 (7th Cir. 2013); and (2) Farr filed his motion well past the one-year deadline found in 28 U.S.C. § 2255(f)(1). (*See generally ECF No.* 3.) Farr never responded to that order to show cause. Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for want of jurisdiction.

**IT IS SO ORDERED.**

**DATED: APRIL 2, 2019**

                                          *s/ J. Phil Gilbert*
                                          **J. PHIL GILBERT**
                                          **U.S. DISTRICT JUDGE**